AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Sirdonia Lashay Manigualt-Johnson, and her child R.R., on behalf of themselves and others similarly situated,

*Plaintiff*

v.

Google, LLC, a Delaware limited liability company; Alphabet, Inc, a Delaware corporation; Youtube, LLC, a limited liability company,

*Defendant*

Civil Action No.   2:18-cv-1032-BHH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

Defendants' motions to dismiss are granted, and this action is dismissed.

This action was:

decided by the Honorable Bruce Howe Hendricks, United States District Judge, having ruled on Motions to Dismiss.

Date:   April 4, 2019

*CLERK OF COURT, Robin L. Blume*

s/ V. Druce, Deputy Clerk

*Signature of Clerk or Deputy Clerk*